# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ERIC ROMERO-LOBATO,<br><br>　　　　　Defendant. | Case No. 3:18-CR-049-LRH<br>ORDER APPROVING<br>**STIPULATION TO CONTINUE**<br>**ORAL ARGUMENT**<br>**AND DAUBERT HEARING**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for ERIC ROMERO-LOBATO and NICHOLAS A. TRUTANICH United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Oral argument for Motion to Suppress (ECF No. 26), and Daubert hearing for Motion to Preclude Testimony (ECF No. 51) currently set for April 12, 2019, at 1:30 PM, be vacated and continued to April 23, 2019, at 11:00 AM.

/ / /

The continuance is necessary for the following reasons:

1. This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Romero-Lobato.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Both counsel request this additional time in order to allow adequate time to research and to prepare for the oral argument and Daubert hearing.

4. Mr. Romero-Lobato is currently detained and agrees with the continuance.

5. This is the first request for continuance of the Oral Argument and Daubert hearing.

DATED this 1st day of April, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| By  /s/ Christopher P. Frey<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for<br>ERIC ROMERO-LOBATO | By  /s Megan Rachow<br>MEGAN RACHOW<br>Assistant United States Attorney<br>Counsel for the Government |

# **ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Oral argument for Motion to Suppress (ECF No. 26), and Daubert hearing for Motion to Preclude Testimony (ECF No. 51) currently set for April 12, 2019, at 1:30 PM, be vacated and continued to April 23, 2019, at 11:00 AM.

DATED this __1st__ day of April, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE