UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC ROMERO-LOBATO,<br><br>Defendant. | Case No. 3:18-cr-00049-LRH-CBC<br><br>MINUTE ORDER<br><br>July 1, 2019 |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>  NONE APPEARING  </u>   REPORTER: <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S): <u>      NONE APPEARING      </u>

COUNSEL FOR DEFENDANT(S): <u>      NONE APPEARING      </u>

**MINUTE ORDER IN CHAMBERS**:

Regarding the pending motions filed by defendant Eric Romero-Lobato, the Court hereby DENIES his motion requesting that the jury pool view an unconscious bias video (ECF No. 35). Defendant has not demonstrated how questioning from the Court during jury selection and through written jury instructions would be ineffective to guard against any juror biases.

As to defendant's remaining motions, the Court will address any outstanding ones on the morning of trial.

IT IS SO ORDERED.

DEBRA K. KEMPI, CLERK

By: <u>         /s/         </u>

Deputy Clerk