# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC ROMERO-LOBATO,<br><br>Defendant. | Case No. 3:18-CR-049-LRH-CBC<br><br>**STIPULATION TO JURY VERDICT**<br><br>**AND ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and CHRISTOPHER P. FREY and LAUREN D. GORMAN, Assistant Federal Public Defender, counsel for ERIC ROMERO-LOBATO. The parties hereby stipulate that the jury's verdicts on the First Charge, Second Charge, and Third Charge as reflected in Verdict Form and Jury Instruction Number 2 correspond to Count Five, Count Six, and Count Seven of the Indictment (ECF No. 11).

DATED this 15th day of July, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By: _/s/ CHRISTOPHER P. FREY_____<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for ERIC ROMERO-LOBATO | By: _/s/ Megan Rachow_____<br>MEGAN RACHOW<br>Assistant United States Attorney<br>Counsel for the Government |
| | NICHOLAS A. TRUTANICH<br>United States Attorney |
| | By: _/s/ Steven W. Myhre_____<br>STEVEN W. MYHRE<br>Assistant United States Attorney<br>Counsel for the Government |

SEE ORDER ON NEXT PAGE

## **ORDER**

IT IS THEREFORE ORDERED that the jury's verdicts on the First Charge, Second Charge, and Third Charge as reflected in Verdict Form and Jury Instruction Number 2 correspond to Count Five, Count Six, and Count Seven of the Indictment (ECF No. 11).

**IT IS SO ORDERED** this 18th day of July, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE