# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC ROMERO-LOBATO,<br><br>Defendant. | 3:18-CR-049-LRH-CLB<br><br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered Preliminary Orders of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c), based upon the jury verdicts finding Eric Romero-Lobato guilty of the criminal offenses, forfeiting specific property set forth in the Bill of Particulars and the Forfeiture Allegation of the Indictment and shown by the United States to have the requisite nexus to the offenses to which Eric Romero-Lobato was found guilty. Indictment, ECF No. 11; Bill of Particulars, ECF No. 77; Minutes of Jury Trial, ECF No. 105; Jury Verdict, ECF No. 111; Stipulation to Jury Verdict, ECF No. 113; Preliminary Order of Forfeiture, ECF No. 116; Minutes of Second Jury Trial, ECF No. 170; Second Jury Verdict, ECF No. 176; Second Preliminary Order of Forfeiture, ECF No. 179.

This Court finds that the United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 1, 2019, through August 30, 2019, and from December 18, 2019,

through January 16, 2020, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF Nos. 120, 180.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Taurus PT111 Millennium G2, 9mm semi-automatic pistol bearing serial number TKR70737;
2. 24 rounds assorted 9mm ammunition; and
3. any and all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 16th day of April, 2020.

_____
HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE