# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC ROMERO-LOBATO,<br><br>　　　　　Defendant. | Case No. 3:18-cr-00049-LRH-CLB<br><br>**ORDER APPROVING**<br><br>STIPULATION TO CONTINUE SENTENCING HEARING<br>(FIRST REQUEST) |

　　　　IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for ERIC ROMERO-LOBATO and NICHOLAS A. TRUTANICH, United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for May 4, 2020, at 1:30 PM, be vacated and continued for 60 days.

　　　　The continuance is necessary for the following reasons:

1. This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Romero-Lobato.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

4. Mr. Romero-Lobato is detained and agrees to the continuance. Specifically, Mr. Romero-Lobato was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

5. There appears to be no reason why sentencing could not be further delayed, as further delay would not harm the interests of justice (ECF No. 188), and Mr. Romero-Lobato is still pending trial and a final disposition in Case No. 3:18-CR-0047-LRH-CLB, which is currently on appeal in the Ninth Circuit Court of Appeals.

6. This is the first request for continuance of the sentencing hearing.

DATED this 17th day of April, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Christopher P. Frey*<br>　CHRISTOPHER P. FREY<br>　Assistant Federal Public Defender<br>　Counsel for<br>　ERIC ROMERO-LOBATO | By */s Megan Rachow*<br>　MEGAN RACHOW<br>　Assistant United States Attorney<br>　Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for May 4, 2020, at 1:30 PM, is VACATED and CONTINUED to Thursday, July 9, 2020, at 1:30 p.m., before District Judge Larry R. Hicks in Reno Courtroom 3.

DATED this 20th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE