RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Suite 102
Reno, Nevada 89501
(775) 321-8451/Tel.
(775) 784-5369/Fax
chris_frey@fd.org

Attorney for ERIC ROMERO-LOBATO

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00049-LRH-CLB |
| Plaintiff, | |
| | **ORDER APPROVING STIPULATION TO CONTINUE SENTENCING HEARING (SECOND REQUEST)** |
| v. | |
| ERIC ROMERO-LOBATO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for ERIC ROMERO-LOBATO and NICHOLAS A. TRUTANICH, United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for July 9, 2020, at 1:30 PM, be vacated and continued to August 20, 2020 at 1:30 PM.

The continuance is necessary for the following reasons:

1.     This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Romero-Lobato.

2.     The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3.     Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

4.     Mr. Romero-Lobato is detained and agrees to the continuance. Specifically, Mr. Romero-Lobato was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

5.     There appears to be no reason why sentencing could not be further delayed, as further delay would not harm the interests of justice (ECF No. 188), and Mr. Romero-Lobato is still pending trial and a final disposition in Case No. 3:18-CR-0047-LRH-CLB, which is currently on appeal in the Ninth Circuit Court of Appeals.

6.     This is the second request for continuance of the sentencing hearing.

DATED this 29th day of June, 2020.

RENE L. VALLADARES                          NICHOLAS A. TRUTANICH
Federal Public Defender                         United States Attorney


By _/s/ Christopher P. Frey_____          By _ /s Megan Rachow_____
CHRISTOPHER P. FREY                         MEGAN RACHOW
Assistant Federal Public Defender               Assistant United States Attorney
Counsel for                                     Counsel for the Government
ERIC ROMERO-LOBATO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## **ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for

July 9, 2020, at 1:30 PM, be vacated and continued to August 20, 2020 at 1:30 PM**.**

DATED this 30th day of June, 2020.

_____

UNITED STATES DISTRICT JUDGE

3