UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 3:18-cr-00049-LRH-CLB |
| v. | |
| ERIC ROMERO-LOBATO, | ORDER RE:<br>IN-PERSON HEARING |

IT IS HEREBY ORDERED that an **in-person hearing** imposition of sentence hearing will be conducted in Courtroom 6 of the Bruce R. Thompson Federal Courthouse at 1:30 p.m. on Thursday, August 20, 2020.

The Court is closely following and reinforcing the guidelines from the CDC and other relevant heath authorities and is taking precautionary measures to limit the potential spread of the COVID-19 virus. For example:

- Persons who exhibit COVID-19 symptoms, have had contact with COVID-19 positive individuals, or have symptoms of COVID-19 are not permitted to enter the Courthouse.

- Members of the public are encouraged, but not required, to wear face covering when they come to the Courthouse. In addition, face coverings are required during court proceedings to the extent possible and where social distances are difficult to maintain, unless otherwise directed by the presiding judge.

- All visitors to the courthouse will be required to maintain a social distance of at least six feet and either wash their hands or use hand sanitizer before entering the courtroom.

- Inside the courtrooms, chairs, tables, and microphones that have been utilized will be cleaned after each hearing. Counsel are encouraged to bring disinfectant wipes to clean the surface areas utilized to their own comfort level as well.

- Hearing attendees are encouraged to bring and wear personal protective equipment including face masks, gloves, or other protective coverings.

- Documents that will be referenced of utilized during a hearing must be emailed to the Courtroom Deputy and any other necessary recipient (e.g., opposing counsel, defendant) at least 24 hours before the hearing.

MINUTE ORDER RE: IN-PERSON HEARING - 1

- Any necessary signed documents must be filed at least one day before the scheduled hearing as required by General Order 2020-05.

If you do not feel well, contact the Courtroom Deputy Katie Lynn Ogden (775-686-5758 or katie_ogden@nvd.uscourts.gov) immediately to reschedule this hearing or make arrangements to attend remotely. **DO NOT COME TO THE COURTHOUSE IF YOU ARE EXPERIENCING FLU-LIKE SYMPTOMS** such as a cough, fever, or shortness of breath, or if you have been in contact with anyone who has been recently diagnosed with a COVID-19 infection. Refer to Temporary General Order 2020-02 for additional courthouse-access policies and procedures.

Dated this 14th day of July 2020.

_____
United States District Judge Larry R. Hicks

MINUTE ORDER RE: IN-PERSON HEARING - 2