# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Eric Romero-Lobato,<br><br>    Defendant. | Case No. 3:18-cr-00049-LRH-CLB-1<br><br>**Unopposed Motion for Leave to Obtain Copy of Sealed Peremptory Strike Sheet**<br><br>(Expedited Treatment Requested)<br><br>**AND ORDER THEREON** |

Defendant Eric Romero-Lobato was convicted of multiple counts after two severed trials. The first trial began with voir dire on July 8, 2019. ECF No. 94. The second trial began with voir dire on November 12, 2019. ECF No. 153. After sentencing and the entry of the judgment of conviction, Mr. Romero-Lobato timely filed a notice of appeal. Mr. Romero-Lobato's Opening Brief is due to the Ninth Circuit Court of Appeals on May 19, 2021.

To permit undersigned counsel to properly review the entire trial record for appellate issues, including voir dire, it is necessary to review the juror

peremptory challenge sheets for both of Mr. Romero-Lobato's trials. It is undersigned counsel's understanding that these sheets are filed under seal.

Undersigned counsel thus requests that the Court order that a copy of the peremptory challenge sheets for both of Mr. Romero-Lobato's trial be provided to defense counsel. Counsel will not publicly disclose the names or personal identifying information of any of the jurors, prospective or seated. And should counsel determine either peremptory sheet must be included in the excerpts of record for appeal, counsel will submit such under seal to the Ninth Circuit.

On April 28, 2021, undersigned counsel contacted Assistant United States Attorney Megan Rachow, who advised the government does not oppose this request.

Dated: April 29, 2021

Respectfully Submitted,

By: *s/Cristen C. Thayer*
Cristen C. Thayer
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 4th day of May, 2021.

2