**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00049-HDM-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO IMPOSITION OF SUPERVISED RELEASE CONDITIONS** |
| v. | |
| ERIC ROMERO-LOBATO, | |
| Defendant. | |

Eric Romero-Lobato, through counsel, submits the instant stipulation following remand by the Ninth Circuit Court of Appeals in *United States v. Romero-Lobato*, No. 23-757 (9th Cir. Aug. 8, 2025). Mr. Romero-Lobato hereby consents to the imposition of the standard conditions of supervised release as set forth below. He further waives his right to appear at his re-sentencing hearing and instead consents to proceed by this stipulation.[1]

On August 8, 2025, the Ninth Circuit remanded this matter for limited resentencing consistent with its memorandum disposition. ECF No. 258. Specifically, the Ninth Circuit concluded the district court erred in not orally pronouncing the standard conditions of supervision as required by *United States v. Montoya*, 82 F.4th 640, 644-45 (9th Cir. 2023) (en

---

[1] Mr. Romero-Lobato will submit his signed waiver as a separate filing.

banc). The below stipulation addresses the single ground for limited resentencing identified in the Ninth Circuit's memorandum disposition.

Accordingly, IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and KATE BERRY, Assistant Federal Public Defender, counsel for ERIC ROMERO-LOBATO and TODD BLANCHE, Acting Attorney General of the United States, and PENELOPE BRADY, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the relevant supervised release conditions be imposed as follows:

Mr. Romero-Lobato and the government stipulate to the imposition of the thirteen standard conditions of supervision that are reflected in the amended judgment in this case. ECF No. 250 at 4 (listing thirteen standard conditions). Mr. Romero-Lobato has consulted with counsel and has no objection to these standard conditions and consents to their imposition in absentia.

DATED this May 12, 2026.

RENE L. VALLADARES  
Federal Public Defender

By:  _/s/ Kate Berry_____  
KATE BERRY  
Assistant Federal Public Defender  
Counsel for ERIC ROMERO-LOBATO

TODD BLANCHE  
Acting Attorney General

By:  _/s/ Penelope Brady_____  
PENELOPE BRADY  
Assistant United States Attorney  
Counsel for United States

**IT IS SO ORDERED.**

**DATED** this 12th day of May, 2026.

HOWARD D. MCKIBBEN  
UNITED STATES DISTRICT JUDGE

2