**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\* \* \***

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ERIC ROMERO-LOBATO,

    Defendant.

Case No. 3:18-cr-00049-HDM-CLB

**ORDER GRANTING WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING**

I have been fully advised by counsel of my right to be present at my limited resentencing hearing following remand by the Ninth Circuit Court of Appeals in *United States v. Romero-Lobato*, No. 23-757 (9th Cir. Aug. 8, 2025). Additionally, I have been fully advised by counsel regarding the contents of the stipulation (filed separately) concerning my standard conditions of supervised release.

I hereby waive my right to be present at my limited resentencing hearing and consent to proceed in absentia. Fed. R. Crim. P. 43. I further consent to imposition of the standard conditions of supervised release as outlined in the amended judgment in this case. ECF No. 250 at 4 (listing thirteen standard conditions).

*/s/Eric Romero-Lobato*　　　5/12/2026
_____
Defendant's Signature　　　　　(date)


*/s/Kate Berry*　　　　　　　5/12/2026
_____
Signature of Defendant's Attorney　　(date)


Kate Berry
_____
Printed Name of Defendant's Attorney

*Howard D McKibben*
_____
Judge's Signature　　　　　　　(date)
　5/12/2026

Howard D. McKibben, Senior U.S. District Judge
_____
Judge's Printed Name and Title